### GARDNER v. THE STATE.

SIMMONS, C. J.   A motion for new trial made and filed in vacation is in law a mere nullity.   Such a motion should therefore be dismissed, and it is error to entertain it and undertake to decide it upon its merits.   *Collier* v. *State*, 115 *Ga.* 17 ; *Johnson* v. *State*, ante.

*Judgment reversed, with direction.   All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 22, — Decided November 12, 1902.

Motion for new trial.   Before Judge Lewis.   City court of Mount Vernon.   August 8, 1902.

*A. B. Hutcheson,* for plaintiff in error.
*W. B. Kent, solicitor,* contra.